**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Robert E Spagnuolo | Chapter: 7 |
| | | Case No: 11−10844 |
| | Debtor | Judge Joan N. Feeney |

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It is hereby **ORDERED** that Kathleen P. DwyerJohn Aquino, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:10/27/15

By the Court,

Joan N. Feeney
U.S. Bankruptcy Judge