UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | ) | |
| ROBERT E. SPAGNUOLO , JR. | ) | CHAPTER 7 |
| Debtor | ) | DOCKET NUMBER: 11-10844 JNF |
| | ) | |

**MOTION TO REOPEN CHAPTER 7 BANKRUPTCY PROCEEDING PURSUANT TO 11 U.S.C.§350(b) AND BANKR. R. 5010**

NOW COMES the Debtor, Robert E. Spagnuolo, and respectfully submits the within Motion to Reopen Chapter 7 Bankruptcy Proceeding Pursuant to 11 U.S.C. §350(b) and Bankr. R. 5010. In support the Debtor states:

1. The Debtor brings this Motion pursuant to 11 U.S.C. §350(b) and Bankr. R. 5010. In Support hereof, the Debtor states:

   a. That, he filed a Chapter 7 bankruptcy proceeding on February 1, 2011, the case was terminated on October 27, 2015, and that the Debtor seeks to reopen his Chapter 7 bankruptcy proceeding for a limited purpose as described below; and

   b. that, one (1) month prior to filing a Chapter 7 Bankruptcy Petition, a title search was performed and no liens were recorded against the Debtor's principal residence at 50 North Margin Street, Boston, Massachusetts; and

   c. that, subsequent to the title search performed, a lien was recorded at the Suffolk Registry of Deeds on January 21, 2011 at Book 47507, Page 97.

2. The Debtor seeks to reopen his Chapter 7 bankruptcy proceeding for the sole and exclusive purpose of stripping or reducing a judicial lien on his principal residence, 50 North Margin Street, Boston, Massachusetts. A Motion to Avoid Judicial Lien will be filed shortly, which will address this lien as impairing the Debtor's homestead exemption M.G.L. c. 188 §1 et. seq.

3. The Chapter 7 case was closed on October 27, 2015, but the Debtor received his discharge on October 20, 2011.

4. Respectfully, the Debtor asserts that reopening his case for the sole purpose of avoiding a lien that impairs the Debtor's exemptions is consistent with the rights of the Debtor and the Bankruptcy Code's intent to provide a fresh start to the Debtor and will not unduly prejudice any party in interest.

WHEREFORE, the Debtor respectfully requests that this Honorable Court :

a. allow the within Motion to Reopen Chapter 7 Bankruptcy Proceeding Pursuant to 11 U.S.C. §350(b) and Bankr. R. 5010; and
b. enter an order consistent with the Proposed Order submitted herewith; and
c. order any other remedy this Court deems mete and just.

Respectfully submitted,
Robert E. Spagnuolo,
By his attorney,

Dated: March 29, 2019

/s/ Laurel E. Bretta

Laurel E. Bretta, Attorney
Bretta Law Advisors, PC
77 Mystic Avenue
Medford, Massachusetts 02155
(781) 395-1545
BBO #547358

CERTIFICATE OF SERVICE

I, Laurel E. Bretta, attorney for the Debtor, Robert E. Spagnuolo, hereby certify that a true copy of the foregoing Motion to Reopen Chapter 7 Bankruptcy Proceeding Pursuant to 11 U.S.C. §350(b) and Bankr. R. 5010 and Motion for Expedited Determination Regarding Motion to Reopen Chapter 7 Bankruptcy Proceeding Pursuant to 11 U.S.C. §350(b) and Bankr. R. 5010 were served on March 13, 2019 to the following:

by electronic mail to:

| | |
|---|---|
| John Aquino, Esquire | jja@andersonaquino.com, jaquino@ecf.epiqsystems.com |
| John Fitzgerald, Esquire | USTPRegion01.BO.ECF@USDOJ.GOV |
| Deirdre M. Keady, Attorney | mabk@harmonlaw.com; dkeady@ecf.courdrive.com |
| Alex F. Mattera, Esquire | amattera@psh.com |
| Philip C. Silverman, Esquire | psilverman@andersonaquino.com |
| Herbert Weinberg, Esquire | hweinberg@jrhwlaw.com; bmessina@jrhwlaw.com herbweinberglaw@gmail.com; weinberghr70490@notify.bestcase.com |
| Jason Giguere, Esquire | mabk@harmonlaw.com; jgiguere@ecf.courtdrive.com |
| Bill N. Jacob, Esquire | bnjlaw@hotmail.com |

by first class mail postage prepaid, in a sealed envelope, deposited in a post office or official depository under the exclusive custody of the United States Postal Service to:

Americas Servicing Co
Po Box 10328
Des Moines, IA 50306

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Barbara Maldero
97 Prince Street
Boston, MA 02113

Bk Of Amer
P.o. Box 7047
Dover, DE 19903

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase
Po Box 15298
Wilmington, DE 19850

Chase/Best Buy
Po Box 15298
Wilmington, DE 19850

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Discovr Cd
Po Box15316
Att:cms/prod Deve
Wilmington, DE 19850-5316

Edwina Brooke-Petit
c/o Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845-6122

Fia Csna
Po Box 17054
Wilmington, DE 19850

Guaranty Bank
4000 W. Brown Deer Road
Loan Administration
Brown Deer, WI 53209-1221

Rockland Federal Cr Un
241 Union St
Rockland, MA 02370

Thd/cbsd
Po Box 6497
Sioux Falls, SD 57117

US Bank
P.O. Box 5229
Cincinnati, OH 45201-5229

Workers Credit Union
Attn: Collections Department
815 Main Street
Fitchburg, MA 01420-3171

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

Michael Magerer, Esquire
Michael Magerer & Associates, P.C.
109 Highland Avenue
Needham Heights, MA 02494-3091

Robert E. Spagnuolo, Jr.
50 North Margin Street
Boston, Massachusetts 02113

Dated: March 29, 2019

/s/ Laurel E. Bretta
Laurel E. Bretta, Attorney
Bretta Law Advisors, PC
77 Mystic Avenue
Medford, Massachusetts 02155
(781) 395-1545
BBO #547358

S:\S1\S\SPAGNUOLO\CHAPTER 7\MOTIONS\MOTION TO REOPEN 03-29-19.DOCX