

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

ROBERT E SPAGNUOLO,
Debtor

Ch. 7

11-10844-JEB

## Proceeding Memorandum and Order

**MATTER:**

#257 Motion of Debtor for Summary Judgment Re: #190 Amended Motion of Debtor to Avoid Judicial Lien of Edwina Brooke-Petit

**Decision set forth more fully as follows:**

Hearing held on December 15, 2020. Having reviewed the Motion, the Response and the related pleadings, as more fully set forth on the record, the Court finds that there are no genuine issues of material fact in dispute. The Motion for Summary Judgment is granted and the Motion to Avoid Lien will be allowed by separate order. The Debtor shall by **December 18, 2020,** file a proposed order and submit the order in Word format by email to jeb@mab.uscourts.gov.

Dated: 12/16/2020

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge